Eugene P. Ramirez, SBN 134865
L. Trevor Grimm, SBN 186801
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Phone: (213) 624-6900, Fax: (213) 624-6999
Email: epr@manningllp.com; ltg@manningllp.com
Attorneys for Defendants,
DETECTIVE ARIAS and COUNTY OF LOS ANGELES

CHARLES F. SAACKE, CASB No. 84468
WILLIAM C. SAACKE, CASB No. 178346
McNULTY & SAACKE
25500 Hawthorne Blvd., Suite 2350
Torrance, CA  90505
Phone:  (310) 316-9000, Fax:  (310) 791-2247
E-mail: saacke@mcsaackelaw.com; skee@mcsaackelaw.com

Attorneys for Plaintiffs Howard M. Ehrenberg, Chapter 7 Trustee; Steven Lenoir & Teddy Lenoir, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LENOIR, SR., RABIHAH LENOIR, STEVEN LENOIR & TEDDY LENOIR, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>DETECTIVE ARIAS; COUNTY OF LOS ANGELES; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 09-CV-2616-DSF (MAN)<br><br>**REVISED NOTICE OF SETTLEMENT**<br><br>Final PTC:   9/12/11 at 3:00 p.m.<br>Trial:           9/27/11 at 8:30 a.m.<br><br>Judge Dale A. Fischer |

TO THE COURT:

PLEASE TAKE NOTICE that the Defendants ERIC ARIAS and COUNTY OF LOS ANGELES and the Plaintiffs HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE [REAL PARTY IN INTEREST FOR TEDDY LENOIR, SR. and RABIHAH LENOIR], TEDDY LENOIR, JR., and STEVEN LENOIR in the above-captioned case, have agreed to settle all contested claims in this matter. This agreement is subject to approval by the Los Angeles County Board of Supervisors, and the parties are in the

process of preparing the necessary documentation to obtain approval and finalize their agreement.

Once the documents are signed and approval is obtained, the parties will file a Stipulation for Dismissal With Prejudice pursuant to FRCP 41.

It is anticipated that it could take up to 90 to days to obtain final approval by the Supervisors. Therefore, the parties request that the Court vacate the current September 27, 2011 trial date, and either remove this case from active status, or set a new trial date after December 15, 2011.

Dated: September 12, 2011       **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

                                By:      /s/ L. TREVOR GRIMM
                                L. TREVOR GRIMM
                                Attorneys for Defendants
                                DETECTIVE ARIAS and COUNTY OF LOS ANGELES

Dated: September 12, 2011       **McNULTY & SAACKE**

                                By:      /s/ WILLIAM C. SAACKE
                                WILLIAM C. SAACKE
                                Attorneys for Plaintiffs
                                HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE, STEVEN LENOIR & TEDDY LENOIR, JR.